[No. 1768-2.   Division Two.   January 19, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. NANCY BJORN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 64752, John W. Schumacher, J., entered January 10, 1975. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 1962-2.   Division Two.   January 19, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIS LEVI STANMORE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 46390, James P. Healy, J., entered April 17, 1975. *Dismissed* by unpublished opinion per Hamilton, J. Pro Tem., concurred in by Reed, A.C.J., and Johnson, J. Pro. Tem.

[Nos. 2201-2; 2202-2.   Division Two.   January 20, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFTON CHARITY, *Appellant*.

Appeals from judgments of the Superior Court for Kitsap County, Nos. C-2127, C-1495, Jay W. Hamilton, J., entered September 30, 1975, and October 1, 1975. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 2112-2.   Division Two.   January 20, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 65257, John W. Schumacher, J., entered October 10, 1975. *Affirmed* by unpublished per curiam opinion.